FILED IN OPEN COURT
ON 10-27-2026 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:26-CR-69-FL-RJ

UNITED STATES OF AMERICA )
)
v. )
)
SELVIN PORFIDIO GONZALEZ )

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE

On or about November 1, 2024, in the Eastern District of North Carolina, the Defendant, SELVIN PORFIDIO GONZALEZ, an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote and vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

[Remainder of page left intentionally blank.]

## COUNT TWO

On or about November 1, 2024, in the Eastern District of North Carolina, the defendant, SELVIN PERFIDIO GONZALEZ, an alien in the United States, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 10/27/2026

W. ELLIS BOYLE
United States Attorney

HENRY ZAYTOUN, III
Assistant United States Attorney
Criminal Division