IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-69-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | <u>O R D E R</u> |
| SELVIN PORFIDO GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the issuance of a stay pending the filing of the government's motion, pursuant to 18 U.S.C. § 3145(a)(1), for revocation of the court's Order Setting Conditions of Release ("Release Order") entered by the undersigned at the conclusion of a detention hearing earlier today.

The court finds that entry of a brief stay would facilitate the timely and efficient resolution of the review sought by the government without undue prejudice to defendant, and that a stay should be allowed. In setting the deadline set forth herein, the government has indicated it could meet the deadline. The court requires a written motion for revocation, rather than accepting simply an oral motion, because the written motion itself and any supporting memorandum would provide the district judge with an explanation of the grounds for the motion and thereby facilitate prompt determination of it.

IT IS THEREFORE ORDERED that the Court's release order is hereby STAYED. The government shall have until **5:00 p.m. November 10, 2026** to file its motion.

IT IS ORDERED FURTHER that the effect of the Release Order is hereby STAYED until: (1) entry of an order resolving the government's timely motion for revocation; or (2) 5:01

p.m. November 10, 2026, if the government fails to file such a motion.

If the government has not filed a motion for revocation by the deadline set forth herein, defendant shall be subject to the Release Order without further order of the court.

So ordered, the 10th day of November, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge