IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 7:26-CR-69-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SELVIN PORFIDO GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the government's "appeal" of United States Magistrate Judge Robert B. Jones, Jr.'s order to release defendant pending trial, which the court construes as a motion to revoke the order pursuant to 18 U.S.C. § 3145(a)(1) (DE 21).

Defendant is charged by indictment with (1) knowingly making a false statement that he was a citizen of the United States to vote in a federal, state, or local election in violation of 18 U.S.C. § 1015(f) and (2) without citizenship, knowingly voting in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and member of the House of Representatives, in violation of 18 U.S.C. § 611(a).

At the November 10, 2026, detention hearing before the magistrate judge, extensive sworn testimony was provided pertaining to defendant's alleged offenses, criminal history, community ties, and the suitability of Janet Chuton, defendant's wife, as a third-party custodian. The magistrate judge ordered defendant's release pending trial.

The magistrate judge also stayed his ruling in anticipation of the government filing the instant motion to revoke the order, provided the government filed the motion by 5:00 p.m. on the day of the hearing. The government timely filed the required motion (wrongly denominated a

notice of appeal) and thus defendant remains in custody. The government's motion does not expressly request briefing or a hearing, and there is no indication from either party that they wish to present additional evidence (DE 21; DE 22).

In the unique circumstances presented here, the court proceeds directly to determine the merits of defendant's detention. Both parties were afforded a 90-minute detention hearing before the magistrate judge that included ample time for presentation of evidence and oral argument regarding this defendant's detention. The record is sufficiently developed to provide a basis for the court's review of the detention order without the need for further briefing or evidentiary hearing. See 18 U.S.C. § 3145(a) (providing the motion for revocation must be "determined promptly" without requiring formal briefing or evidentiary hearing); see also United States v. Torres, 929 F.2d 291, 292 (7th Cir. 1991) (stating that the detention order may be reviewed by the district court on the basis of the transcript of the proceedings before the magistrate judge); United States v. Fidler, 419 F.3d 1026, 1028 n.1 (9th Cir. 2005) (noting that § 3145(a) does not require that "the court hold a formal hearing").

Upon thorough review and consideration of government's request for detention, the record in this case,[1] the pretrial services report, and the magistrate judge's written order of release in light of the pertinent factors under 18 U.S.C. § 3142(g), the court finds defendant's continued detention unwarranted. The government has failed to present clear and convincing evidence that defendant is a danger to the community, nor has it shown by a preponderance of the evidence that defendant is a flight risk. The court further finds that defendant's wife, Janet Chuton, is a suitable third-party custodian. The court is satisfied that the conditions imposed by the magistrate judge will reasonably assure defendant's attendance at trial.

[1] The court reviewed an audio recording of the hearing since no transcript has been filed to date.

## CONCLUSION

Based on the foregoing, the government motion to revoke the magistrate judge's order of release is DENIED. The court adopts as its own the magistrate judge's order setting conditions of release (DE 20). Defendant shall be released from custody forthwith subject to the conditions of release set by the magistrate judge in the November 10, 2026, order (Id.).

SO ORDERED, this the 12th day of November, 2026.

LOUISE W. FLANAGAN
United States District Judge